# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES HARTLEY, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00491-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　　Plaintiff Timothy D. Johnson ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  On October 23, 2012, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days.  ECF No. 20.  After receiving several extensions of time, Plaintiff was provided up to March 7, 2013 by which to file his amended complaint.  As of the date of this order, Plaintiff has not responded.

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim.  Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

　　Dated: __**March 29, 2013**__　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE